(September 28, 1976)

◼    CALIFORNIA COMPUTER PRODUCTIONS, INC., Respondent, v LESLIE FAY INC., Appellant.—Order, Supreme Court, New York County, entered on

June 21, 1976, granting plaintiff's motion directing the deposition of the witness Meyer, so far as appealed from, is unanimously affirmed, with $40 costs and disbursements of this appeal to respondent. The Special Term did not abuse its discretion in making the order appealed from. Concur—Murphy, J. P., Lupiano, Birns, Silverman and Nunez, JJ.